No. 39809.—Protests 262223–G, etc., of Hattie Carnegie et al. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) cellulose filaments the same as those passed upon in Abstract 37230 at 60 percent under paragraph 31; (2) em-

476

broidered articles and embroidered wearing apparel like those the subject of *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) at 75 percent under paragraph 1430; and (3) artificial flowers the same as those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) at 60 percent under paragraph 1419.